HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
JLonden@mofo.com
MICHAEL J. AGOGLIA (CA SBN 154810)
MAgoglia@mofo.com
REBEKAH KAUFMAN (CA SBN 213222)
RKaufman@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

DAVID F. MCDOWELL (CA SBN 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER KIRK, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No.   3:13-cv-05885-SC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO STAY ACTION PENDING JPML DECISION**<br><br>**[N.D. CAL. CIVIL L.R. 7-12]**<br><br>Ctrm:　　1<br>Judge:　　Hon. Samuel Conti<br><br>Complaint Filed: Dec. 19, 2013<br>Trial Date: None Set<br><br>Initial CMC: March 21, 2014 |

**STIPULATION TO STAY**

WHEREAS plaintiff Jennifer Kirk filed the complaint in the above-captioned action against Defendant Target Corporation ("Target") on December 19, 2013 ("Complaint");

WHEREAS Target has identified at least 80 actions asserting substantially similar allegations against Target pending in courts across the country;

WHEREAS there have been numerous petitions submitted to the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate these cases into a single multidistrict litigation ("MDL");

WHEREAS the parties expect that this action, along with the other similar actions, will be consolidated into an MDL, and that the JPML will also decide where the cases will be transferred as an MDL;

WHEREAS this action has only just commenced and there has been little activity in the case;

WHEREAS this Court has the inherent power to grant a stay, especially in circumstances such as here, where doing so would promote judicial economy and avoid prejudice to the parties, *see, e.g.*, *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *McVicar v. Goodman Global Inc.*, No. SACV 13–1223–DOC (RNBx), 2013 WL 6212149, at *2 (C.D. Cal., Nov. 25, 2013) (staying action pending JPML decision);

WHEREAS absent a stay, the Court and the parties would face case management obligations and deadlines and, in light of the likelihood that there will be an MDL consolidating these actions for the purpose of pretrial proceedings, a stay is necessary and prudent to avoid duplication of pretrial efforts by the parties, any waste of judicial resources, and the risk conflicting rulings;

WHEREAS the parties have met and conferred and agree that this action should be stayed pending a decision by the JPML regarding the MDL Number 2522;

NOW, THEREFORE, the parties hereby stipulate and request that the Court enter an order that:

1. This action is otherwise STAYED pending the decision of the JPML in *In re Target*

1 | *Corp. Customer Data Security Breach Litig.*, MDL No. 2522;

2 |     2. Defendant's Motion to Stay Proceedings Pending JPML Consideration or in the

3 | Alternative Motion for Enlargement of Time to Respond to Complaint, (ECF No. 17), is

4 | WITHDRAWN;

5 |     3. All deadlines, including defendant's obligation to respond to the Complaint, are

6 | VACATED until further order of the Court;

7 |     4. The parties shall notify the Court of the JPML's decision within 10 days of the

8 | decision if the Court is not otherwise notified.

Dated: February 26, 2014                             MORRISON & FOERSTER LLP

By:   /s/ David F. McDowell
      DAVID F. MCDOWELL

Attorneys for Defendant
TARGET CORPORATION

Dated: February 26, 2014                             AHDOOT & WOLFSON, APC

By:   /s/ Robert Ahdoot
      ROBERT AHDOOT

Attorneys for Plaintiff
JENNIFER KIRK

**ATTESTATION OF FILER**

I, David F. McDowell, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. *See* Civ. L.R. 5-1(i)(3).

Dated: February 26, 2014          By:     /s/ David F. McDowell
                                          David F. McDowell
                                          MORRISON & FOERSTER LLP

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: 03/03/2014

Honorable [Judge Samuel Conti]
UNITED STATES DISTRICT JUDGE

sf-3388382